**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7925**

---

HOWARD JEROME HINTON,

  Plaintiff - Appellant,

versus

MARYLAND STATE DEPARTMENT OF CORRECTIONS,

  Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-05-1809-AMD)

---

Submitted:  March 15, 2006                Decided:  March 24, 2006

---

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Howard Jerome Hinton, Appellant Pro Se.  Scott Sheldon Oakley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Howard Jerome Hinton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hinton v. Maryland State Dep't of Corr.</u>, No. CA-05-1809-AMD (D. Md. Nov. 14, 2005). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>